# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TIMOTHY ORLAN TREIS,<br><br>　　　　　Defendant. | Case No. 2:20-cr-00184-JAD-EJY<br><br>**ORDER**<br><br>ECF No. 41 |

　　　Based on the parties' stipulation and good cause appearing, IT IS ORDERED that the Sentencing Hearing currently scheduled for June 7, 2021 at 11:00 a.m., be vacated and continued to September 27, 2021, at 10:00 a.m.

　　　DATED this 1st day of June, 2021.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE