# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>TIMOTHY ORLAN TREIS,<br><br>    Defendant. | Case No. 2:20-cr-00184-JAD-EJY<br><br>**ORDER**<br><br>ECF No. 48 |

   Based on the parties' stipulation and good cause appearing, IT IS ORDERED that the sentencing hearing currently scheduled for September 27, 2021 at 10:00 a.m., be vacated and continued to November 15, 2021, at 2:00 p.m.

   DATED this 21st day of September 2021.

_____
UNITED STATES DISTRICT JUDGE