# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | Case No.: 2:20-cr-00184-JAD-EJY |
| Plaintiff | |
| v. | **Order Denying Motion** |
| Timothy Orlan Treis, | ECF No. 92 |
| Defendant | |

Defendant Timothy Orlan Treis conspired with his mother to distribute methamphetamine inside the Pahrump detention facility during his incarceration for possession of stolen mail. For that new offense, he was sentenced to two years in prison, followed by three years of supervised release.[1] While out on supervised release, Treis sustained a state-court conviction for drug trafficking and is now in the custody of the Nevada Department of Corrections.[2]

Treis has filed a document on a form entitled "Inmate Request for Disposition of Warrant."[3] On it, he has written that he requests "that a writ be filed to pull [him] into federal custody before" this court "to deal with" outstanding supervised-release violations.[4] Because Treis has not established any basis for granting this relief, IT IS ORDERED that his request **[ECF No. 92] is DENIED.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: October 22, 2025

---

[1] ECF No. 71.
[2] *See* ECF No. 92.
[3] *Id.* at 1.
[4] *Id.*